IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR HUGO ARNAO BRAVO    :        CIVIL ACTION
:
      v.                    :
:
JL JAMISON, Warden, Federal Detention    :
Center, ET AL.                    :        NO. 26-2581

## ORDER

**AND NOW**, this 21st day of April, 2026, upon consideration of Petitioner Victor Hugo Arnao Bravo's "Emergency Motion for Temporary Restraining Order and Order to Show Cause" (the "Emergency Motion") (Docket No. 1-1), **IT IS HEREBY ORDERED** that the Government shall notify the Court, no later than 5:00 p.m. on April 21st, 2026, whether it opposes the Emergency Motion.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.