IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR HUGO ARNAO BRAVO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JL JAMISON, Warden, Federal Detention | : | |
| Center, ET AL. | : | NO. 26-2581 |

## **ORDER**

**AND NOW**, this 12th day of May, 2026, the Government having certified its compliance

with Paragraph 3 of our Order dated April 22, 2026 (see Docket Nos. 8, 9), **IT IS HEREBY**

**ORDERED** that the Clerk of Court shall mark this case **CLOSED**.


BY THE COURT:


/s/ John R. Padova

John R. Padova, J.